**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In the Matter of ) | |
| ) | Civil Action No. |
| Faraud Muhammad ) | 06 C 6864 |
| Plaintiff, *pro se* ) | |

**EXECUTIVE COMMITTEE ORDER**

IT APPEARING That on December 18, 2006, an Executive Committee was entered, restricting the filings of pro se litigant Faraud Muhammad, and

IT FURTHER APPEARING That on October 30, October 31, and November 3, 4, and 5, 2008, Mr. Muhammad submitted several documents for filing, and

IT FURTHER APPEARING That on November 6, 2008, the Executive Committee denied Mr. Muhammad leave to file his documents submitted on October 30, October 31, and November 3, 4 and 5, now therefore

IT IS HEREBY ORDERED That Mr. Faraud Muhammad's filing practices have become burdensome to the Executive Committee, consuming resources of the Court and the clerk's office, and

IT IS FURTHER ORDERED That the clerk is directed to destroy any papers submitted either directly or indirectly by or on behalf of Faraud Muhammad. Cases in existence prior to the entry of this order are not affected by this order and shall proceed as usual, and

IT IS FURTHER ORDERED That Faraud Muhammad is authorized to submit to this court, no earlier than twelve months from the date of this order, a motion to modify or rescind this order, and

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Muhammad at P.O. Box 1058, Rockford, Illinois 61101, the address given by Mr. Muhammad in papers submitted on November 3, 2008. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 6th day of November, 2008