# Document(s) Not Imaged

# See Supervisor For Case File.